# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

YURIY REZNIKOV,

    Petitioner,

    v.

JOSHUA JOHNSON, et al.,

    Respondents.

No. 5:26-cv-02375-RGK-BFM

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative Petition, the records and files herein, and the Magistrate Judge's Report and Recommendation regarding Petitioner Yuriy Reznikov. Respondent has waived further briefing (*See* ECF 11), and the Court reviews and accepts the recommendations of the Magistrate Judge without the objection period afforded by 28 U.S.C. § 636, the Federal Rules of Civil Procedure, and the Local Rules. *Cf. United States v. Barney*, 568 F.2d 134, 136 (9th Cir. 1978) (per curiam) (a district court has the discretion to shorten the objection period).

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted;

2. The Petition (ECF 1) is **granted** as to Claim Two;

3.    Claims One and Three in the Petition are denied as moot in light of the relief granted as to Claim Two;

4.    Petitioner shall be released from immigration detention on the parole conditions previously imposed within 24 hours of this Order; and

**5.**    Respondents shall file a status report within two court days confirming their compliance with the Court's order.

DATED: 5/15/2026

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

2