JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

YURIY REZNIKOV,

     Petitioner,

    v.

JOSHUA JOHNSON, et al,

     Respondents.

No. 5:26-cv-02375-RGK-BFM

**JUDGMENT**

Pursuant to the Order Accepting the Magistrate Judge's Report and Recommendation (ECF 13), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Petition (ECF 1) is granted as to Claim Two. Respondents report that Petitioner has been released from Respondents' custody. (ECF 14.) The Clerk of Court is directed to close this case.

DATED: **5/21/2026** _____



_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE